UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN F. BARNES, as Personal Representative of the ESTATE OF RACHEL A. BARNES, Deceased,<br><br>  Plaintiff<br><br>   v.<br><br>JOHN T. BOYD, et al.,<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) 3:16-CV-00190<br>)  RLM-MGG<br>)<br>)<br>) |

# HOSPITAL'S MOTION FOR SUMMARY JUDGMENT

Defendant IUHLP Liquidation, Inc., d/b/a I.U. Health-La Porte Hospital ("the Hospital"), pursuant to Fed. R. Civ. P. 56, says:

1. As to the Hospital, there is no genuine issue of material fact.

2. The Hospital is entitled to judgment as a matter of law.

A supporting memorandum is filed with, and incorporated into, this motion.

WHEREFORE, Defendant IUHLP Liquidation, Inc., d/b/a I.U. Health-La Porte Hospital prays for judgment in its favor and against the plaintiff, that plaintiff take nothing by the third amended complaint, for costs and all other just relief.

Dated: April 26, 2018         /s/ Wendell W. Walsh
                              Indiana Atty. No.1542-71
                              Attorney for the Hospital
                              **MAY • OBERFELL • LORBER**
                              4100 Edison Lakes Parkway, Suite 100
                              Mishawaka, IN  46545
                              574-243-4100

**HOSPITAL'S MSJ   1**

## CERTIFICATE OF SERVICE

I certify the foregoing document is being served on all counsel by the court's CM/ECF system.

/s/<u>Wendell W. Walsh</u>
Indiana Atty. No. 1542-71

**HOSPITAL'S MSJ   2**