UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMES BARNES, as Personal Representative of the ESTATE OF RACHEL A. BARNES, Deceased,<br><br>　　　　Plaintiff<br><br>　v.<br><br>JOHN T. BOYD, Sheriff of LaPorte County, Indiana, *et al.*,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO. 3:16-CV-190 RLM-MGG<br>)<br>)<br>)<br>)<br>) |

ORDER

Based on the mediator's report that the parties have reached a conditional settlement, the court VACATES the February 25, 2019 scheduling conference, and DIRECTS the parties to file a brief joint report on the status of the settlement or a stipulation of dismissal by **April 16, 2019**.

SO ORDERED.

ENTERED:　　February 19, 2019

　　　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Judge, United States District Court